the counties of Rockland, Schuyler and Chemung a question of fact was raised by the evidence whether there was a sufficient number of valid signatures for those counties respectively, and the Special Term has held on the evidence that the number in each of those counties was insufficient under sections 135 and 137 of the Election Law. The evidence justified the finding of the Special Term. Order unanimously affirmed. Present — Rhodes, Acting P. J., McNamee, Crapser, Bliss and Heffernan, JJ. [See *post*, p. 938.]

In the Matter of the Petition Purporting to Nominate AARON M. ORANGE for Governor of the State of New York, and Other Persons for Other Public Offices, as Candidates of an Alleged Independent Body Designated " Social Labor Party," Filed in the Office of the Secretary of State on the 29th day of September, 1936.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 936.] The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Rhodes, Acting P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of ALBERT T. GRUSKIN, Nominated to Be an Elector of President and Vice-President of the United States and of State Offices, on the Independent Nominating Petition of the Union Party, Petitioner, against EDWARD J. FLYNN, Secretary of State of the State of New York.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 936.] The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Rhodes, Acting P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of WILLIAM E. DRISLANE and ORVIS A. BRENENSTUHL for an Order Striking Out as Invalid and Void a Petition Purporting to Nominate JOSEPH A. BERTASSO and Others for Electors of the President and Vice-President of the United States, and EMMET J. LARKIN for Governor of the State of New York, and Other Persons for Public Office, as Candidates of an Alleged Independent Body Designated " The Union Party," Filed in the Office of the Secretary of State on the 6th Day of October, 1936; and Directing That the Names of Candidates on Said Petition Shall Not Be Placed on the Official Ballots to Be Used in the Election to Be Held November 3, 1936; and for Other Relief.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 937.] The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Rhodes, Acting P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

## THIRD DEPARTMENT, OCTOBER, 1936.

### (October 27, 1936.)

In the Matter of the Application of CHARLES WHITE, Respondent, a Voter of the City of Saratoga Springs, to Strike from the Register of Voters from the Tenth Election District of Said City the Names of FRANK ALEXANDER, JAMES BACKUS, ROBERT BALLOU, NIEL BERNARD, THEPOLIS BORDEN, WM. BREWINGTON, WM. BROWN, ARTHUR COLLINS, THOMAS J. COLLINS, JOHN DONOHUE, EDWARD FITZMORRIS, FLOYD HARDIMAN, ALBERT HUBER, EDMUND KIRBY, FRED KNOLL, JAMES LOMOR, WM. McCULLAM, FRANK McCORMICK, EDWARD McFADDEN,